Lane E. Bender, Esq. (State Bar No. 176057)
Christopher Chatham, Esq. (State Bar No. 240972)
LOEB, KOSACZ & SUNDBERG, LLP
2801 Townsgate Road, Suite 210
Westlake Village, CA 91361
Telephone:(805) 777-7240
Fax: (805) 777-7252
Email: lbender@lkslaw.com

Attorneys for Plaintiff ROBERT GOLDSMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOLDSMITH,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MAJOR, LINDSEY & AFRICA, LLC; MITSUI & CO. (USA), INC.;<br><br>　　　Defendants. | Civil No. CV08-02949 (AGRx)<br><br>**COMPLAINT FOR DAMAGES AND OTHER RELIEF FOR VIOLATIONS OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT, 29 U.S.C. §621, ET SEQ.; AND DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff, ROBERT GOLDSMITH (hereafter "Plaintiff") who demands trial by jury in this matter and complains and alleges as follows:

1

COMPLAINT

## JURISDICTION & VENUE

1.  The jurisdiction of this Court is invoked under the provisions of 28 U.S.C. §1331 and 28 U.S.C. §1343, as an action arising under the laws of the United States, and under provisions of 29 U.S.C. §§626(c)(1) and 633(a), as an action alleging discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. §621, <u>et</u> <u>seq</u>.

2.  Venue is proper in this district because the majority of, if not all of the wrongdoing as alleged herein occurred in Los Angeles County, California.

## PARTIES

3.  Plaintiff is an individual who, at all relevant times alleged herein, was over 40 years old.

4.  Plaintiff is informed and believes and thereon alleges Defendant MAJOR, LINDSEY & AFRICA, LLC ("MLA") is, and at all relevant times alleged herein was, a limited liability company organized and existing under and by virtue of the laws of the State of Delaware. MLA does business in California.

5.  Plaintiff is informed and believes and thereon alleges that Defendant MITSUI & CO. (USA), INC. ("MITSUI") is, and at all relevant times alleged herein was, a corporation organized and existing under and by virtue of the laws of the state of New York, that at all relevant times was doing business in the State of California.

COMPLAINT

Loeb, Kosacz & Sundberg, LLP
2801 Townsgate Road
Suite 210
Westlake Village, CA 91361
Phone (805) 777-7240
Fax   (805) 777-7252

6. Plaintiff is informed and believes that, at all times herein mentioned, each of the Defendants was the agent, employee, servant and/or joint venturer of each remaining Defendant and, in doing the things hereafter alleged, was acting within the course and scope of such agency, employment, servitude and/or joint venture. Plaintiff is informed and believes that each defendant has ratified, approved and authorized the acts of each of the remaining defendants with full knowledge of said acts, as alleged herein.

7. Plaintiff pleads all of the inconsistent allegations, and prays for all inconsistent remedies in this Complaint, in the alternative to each other, respectively, without electing legal theories and/or remedies.

8. Plaintiff hereby demands a jury trial in this matter for all claims in which a trial by jury is available.

## FACTUAL ALLEGATIONS

9. MITSUI describes itself as being engaged in *inter alia* business investment, project development and management, and capital goods leasing and technology transfer, in addition to the traditional businesses of a general trading company such as import, export, off-shore trade and domestic wholesale.

3

COMPLAINT

10. With regards to the nature of MLA's business, Defendant describes itself as being generally recognized as the world's largest and highest-rated legal search firm for employers, law firms and corporations that finds the best legal talent available.

11. MITSUI retained MLA to conduct a search for potential candidates for a legal counsel position at MITSUI in its office located at 601 South Figueroa Street, Los Angeles, California.

12. MLA described on its website that the ideal candidate for the legal counsel position at MITSUI would possess 4-8 years experience with a focus on general transactional work, including mergers and acquisitions, securities and drafting/negotiating commercial contracts.

13. Plaintiff was qualified for the position. On or about September 13, 2006, Plaintiff submitted his application to MLA for the employment position of counsel at MITSUI.

14. On or about October 19, 2006, Plaintiff was denied an interview for the position by MLA and Plaintiff was denied employment by MITSUI by and through MLA.

15. Plaintiff is informed and believes that Plaintiff was discriminated against, denied an interview and denied employment for the position by MLA and MITSUI because Plaintiff was and is over 40 years old.

**COMPLAINT**

Loeb, Kosacz & Sundberg, LLP
2801 Townsgate Road
Suite 210
Westlake Village, CA 91361
Phone (805) 777-7240
Fax (805) 777-7252

16. On or about October 23, 2006, Plaintiff filed a Charge of Discrimination against Defendants and each of them with the United States Equal Employment Opportunity Commission ("EEOC") alleging *inter alia* that Defendants discriminated against Plaintiff because of his age.

17. On or about February 27, 2008, the EEOC determined there was probable cause to substantiate the allegations set forth in the Charges of Discrimination and that Defendants engaged in conduct that violated the Age Discrimination in Employment Act.

18. The EEOC issued Plaintiff a Right-To-Sue Notice based on the allegations set forth in the aforementioned Charges of Discrimination within ninety (90) days of the filing date of this action.

### FIRST CLAIM FOR RELIEF FOR VIOLATIONS OF FEDERAL AGE DISCRIMINATION IN EMPLOYMENT ACT

(Against All Defendants)

19. Plaintiff realleges and incorporates by reference each and every allegation contained in each and every paragraph above, as though fully set forth at this place.

20. Plaintiff is a covered "person" as this term is defined under the Age Discrimination in Employment Act, ("ADEA") 29 U.S.C.A §621, *et seq*.

21. MITSUI employs approximately 400 employees and is a covered "employer" as defined under the ADEA.

22. MLA employs between 100 to 500 employees and is a covered "employment agency" as this term is defined under the ADEA.

23. By acting as alleged herein, Defendants engaged in unlawful employment practices, in violation of the ADEA.

24. As a direct and proximate result of Defendants' discriminatory actions against Plaintiff as alleged herein, Plaintiff has suffered general damages, including emotional distress, in an amount according to proof at trial.

25. As a further direct and proximate result of Defendants' discriminatory actions against Plaintiff as alleged herein, Plaintiff incurred special damages that include, without limitation, the loss of wages, salary, commissions, benefits, and/or additional amounts of money Plaintiff would have received if Plaintiff had not been unlawfully denied employment. Plaintiff has also suffered the intangible loss of such employment-related opportunities as, including without limitation, experience in the position he would have held and advancement opportunities. As a result of such discrimination and consequent harm, Plaintiff has suffered damages, in an amount according to proof at the time of trial.

Loeb, Kosacz & Sundberg, LLP
2801 Townsgate Road
Suite 210
Westlake Village, CA 91361
Phone (805) 777-7240
Fax (805) 777-7252

26. Plaintiff is informed and believes that Defendants' unlawful conduct, as alleged herein, was all done by or at the direction of officers, directors or managing agents. Alternatively, officers, directors or managing agents of Defendants ratified the wrongful conduct complained of herein.

27. Defendants actions, as alleged herein, were done with malice, fraud and/or oppression. Accordingly, Plaintiff is entitled to an award of exemplary and punitive damages against Defendants, and each of them, in an amount appropriate to punish Defendants for their behavior and in order to set an example for others.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally as follows:

1. For compensatory (general and special) damages, in an amount according to proof at trial;
2. For punitive and exemplary damages;
3. For penalties and interest, as allowed by law;
4. For reasonable attorneys' fees;
5. For costs of suit incurred herein; and
6. For such other and further relief as the court may deem just and proper.

//

Loeb, Kosacz & Sundberg, LLP
2801 Townsgate Road
Suite 210
Westlake Village, CA 91361
Phone (805) 777-7240
Fax (805) 777-7252

7. PLAINTIFF HEREBY DEMANDS A JURY TRIAL IN THIS MATTER FOR ALL CLAIMS IN WHICH A TRIAL BY JURY IS AVAILABLE.

DATED: May 6, 2008

LOEB, KOSACZ & SUNDBERG, LLP

By: *(signature)*

Lane E. Bender, Esq.
Attorneys for Plaintiff,
ROBERT GOLDSMITH

COMPLAINT

Loeb, Kosacz & Sundberg, LLP
2801 Townsgate Road
Suite 210
Westlake Village, CA 91361
Phone (805) 777-7240
Fax   (805) 777-7252

Lane E. Bender, Esq. (State Bar No. 176057)
Christopher Chatham, Esq. (State Bar No. 240972)
LOEB, KOSACZ & SUNDBERG, LLP
2801 Townsgate Road, Suite 210
Westlake Village, CA 91361
Telephone:(805) 777-7240

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOLDSMITH<br><br>PLAINTIFF(S)<br>v.<br>MAJOR, LINDSEY & AFRICA, LLC; MITSUI & CO. (USA), INC.;<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-02949 SJO (AGRx)<br><br>SUMMONS |

TO:   DEFENDANT(S):

   A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, __LOEB, KOSACZ & SUNDBERG LLP__, whose address is __2801 Townsgate Road, Suite 210 Westlake Village, CA 91361_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY - 6 2008__    By: __NATALIE LONGORIA__

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV08- 2949 SJO (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ROBERT GOLDSMITH

**DEFENDANTS**
MAJOR, LINDSEY & AFRICA, LLC; MITSUI & CO. (USA) INC.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Lane E. Bender, Esq. (State Bar No. 17
LOEB KOSACZ & SUNDBERG, LLP
2801 Townsgate Road, Suite #210
Westlake Village, CA 91361

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Age Discrimination in Employment Act 29 U.S.C.A §621, et seq.
Plaintiff denied employment because of his age.

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury- Med Malpractice
☐ 365 Personal Injury- Product Liability
☐ 368 Asbestos Personal Injury Product Liability

TORTS PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☒ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litig.
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV08-02949

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

X. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides  (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides.  (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Delaware and New York

List the California County, or State if other than California, in which EACH claim arose.  (Use an additional sheet if necessary)

Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 5/6/08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |